UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:21-cv-00340-SPC-MRM

LAURA CUEVAS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a Account Resolution
Services,

    Defendant.
_____/

**CLASS ACTION**
**JURY DEMAND**

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

The parties certify that the above-captioned case:

\_\_\_\_\_ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

\_X\_\_ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

/s/ *Christopher Legg*
Christopher W. Legg, Esq.
FL Bar No.: 44460
499 E. Palmetto Park Rd., Suite 228
Boca Raton, FL 33473
Office: 954-962-2333

*Attorney for Plaintiff*
*and the putative class*