CASE NO.: 2:21-cv-00340-SPC-MRM

LAURA CUEVAS, individually and
on behalf of all others similarly
situated,

      Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC d/b/a
Account Resolution
Services,

      Defendant.
_____/

## DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ACCOUNT RESOLUTION SERVICES' NOTICE OF COMPLIANCE WITH FAST TRACK SCHEDULING ORDER [DE 12]

COMES NOW, Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("ARS"), by and through its undersigned counsel, hereby provides notice of serving documents on counsel for Plaintiff, Laura Cuevas in compliance with this Court's Fast Track Scheduling Order [DE 12, par. 2]. Counsel for the Parties agree to provide the underlying documents that are currently in their possession. If additional information becomes available that pertains to Plaintiff's request for class

certification, or is received after the Parties exchange documents, the subsequent documents will be provided as they become available.

Dated this **6th day of August 2021**.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare*
*Revenue Recovery Group, LLC d/b/a*
*ARS Account Resolution Services*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 6, 2021**, with the Clerk of the Court by using the electronic filing system. I further certify this document was electronically furnished to Christopher Legg, Esquire at Chris@theconsumerlawyers.com *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare*
*Revenue Recovery Group, LLC d/b/a*
*ARS Account Resolution Services*